(87 South. 227)

### Ex parte RUSSELL. (4 Div. 885.)

(Supreme Court of Alabama. June 26, 1920. Rehearing Denied Oct. 30, 1920.)

Certiorari to Court of Appeals.

Application by Georgia Russell for certiorari to the Court of Appeals to review and revise the judgment of such court (87 South. 221) in a prosecution for murder. Writ denied.

Farmer, Merrill & Farmer, of Dothan, for appellant.

J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Application of Georgia Russell for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of Georgia Russell against the State of Alabama, 87 South. 221. Writ denied.